# IN THE UNTIED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LISA BARTELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION FILE NO.: |
| | ) |
| | ) 1:15-CV-00196-ODE-LTW |
| FULTON COUNTY GEORGIA | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE OF RAEMONA D. BYRD-JONES

COMES NOW, RAEMONA D. BYRD-JONES pursuant to Local Rule 83.1 D(1), hereby notices her appearance as counsel for Plaintiff in the above-styled-action. Copies of all further notices, papers, pleadings and orders filed or served in this action should be sent to the undersigned at:

Raemona D. Byrd-Jones
309 Bankhead Highway
Carrollton, GA 30117
Telephone: 770-406-6554
Fax: 404-445-0252
raemona@franklinjonesmckenzie.com

Respectfully submitted on the <u>30th</u> day of September, 2016.

                                            <u>*/s/ Raemona D. Byrd-Jones*</u>
                                            Raemona D. Byrd-Jones, Esq.
                                            *Attorney for Plaintiff*
                                            Georgia Bar number: 902885
                                            309 Bankhead Highway
                                            Carrollton, GA 30117
                                            Telephone: 770-406-6554
                                            Fax: 404-445-0252

# IN THE UNTIED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| LISA BARTELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION FILE NO.: |
| | ) |
| | ) 1:15-CV-00196-ODE-LTW |
| FULTON COUNTY GEORGIA | ) |
| | ) |
| Defendant. | ) |

_____

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF RAEMONA D. BYRD-JONES** has been served on counsel of record with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

This 30th day of September, 2016.

/s/  Raemona D. Byrd-Jones
Raemona D. Byrd-Jones, Esq.
*Attorney for Plaintiff*
Georgia Bar number: 902885
309 Bankhead Highway
Carrollton, GA 30117
Telephone: 770-406-6554
Fax: 404-445-0252