TO:     All Judges, Clerks of Court and Counsel of Record

FROM:   Laura S. Lewis

RE:     **NOTICE OF LEAVE OF ABSENCE**

DATE:   October 24, 2016

COMES NOW, Laura S. Lewis ("Applicant") and respectfully notifies all Judges before whom she has cases pending, all affected Clerks of Court and all opposing counsel that she will be on leave pursuant to Uniform State/Superior Court Rule 16.2.

1. The period of leave during which time Applicant will be away from the practice of law is on or about Thursday, December 1, 2016 through Tuesday, December 6, 2016. The purpose of leave is for Applicant's Personal leave.

2. All affected shall have ten (10) days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

Respectfully submitted,

*/s/ Laura S. Lewis*
Laura S. Lewis
Georgia Bar No. 870394
laura.lewis@fultoncountyga.gov

Office of the Fulton County Attorney
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (Telephone)
(404) 730-6324 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the above and foregoing **Notice of Leave of Absence** upon all affected all Judges, Clerks and opposing counsel listed on the attached Exhibit "A" & Exhibit "B" by depositing same in the United States Mail with proper postage affixed thereto.

This 24th day of October, 2016.

/s/ Laura S. Lewis
Laura S. Lewis
Georgia Bar No. 870394
laura.lewis@fultoncountyga.gov

Office of the Fulton County Attorney
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (Telephone)
(404) 730-6324 (Facsimile)

# EXHIBIT "A"

| CASE | COURT PENDING AND CASE NUMBER | JUDGE | OPPOSING COUNSEL |
|---|---|---|---|
| Juantisa Hughes v. Fulton County, Georgia | United States District Court for the Northern District/Atlanta Office 1:16-CV-01912-CAP-JFK | Judge Janet F. King | Susan Atkinson Atkinson & Associates, LLC 144 Vidal Boulevard Decatur, Georgia 30030 (404)370-9497 |
| Bridgette Moody v. Fulton County, Georgia | United States District Court for the Northern District/Atlanta Office 1:16-CV-01326-ELR-RGV | Judge Russell G. Vineyard | Andrew Coffman & David Weisz Parks, Chesin & Walbert, P.C. 75 14th Street, 26th Flr Atlanta, Georgia 30309 (404) 873-8000 |
| Lisa Bartell v. Fulton County, Georgia | United States District Court for the Northern District/Atlanta Office 1:15-CV-00196-ODE-LTW | Judge Linda T. Walker | Raemona Byrd-Jones 309 Bankhead Hwy Carrollton, Georgia 30117 (770) 406-6554 |
| Wynter et al v. Fulton County, Georgia | United States District Court for the Northern District/Atlanta Office 1:14-CV-04097-RWS-JSA | Judge Richard Story | Marvin A. Devlin P.C. Attorney at Law 6595-G Roswell Road Suite 765 Atlanta, Georgia 30238 (404) 538-6925 |
| Phillip A. Jones, Sr v. Fulton County, Georgia | United States District Court for the Northern District/Atlanta Office 1:16-CV-02971-ELR-AJB | | Phillip Jones (Pro Se) 467 Lynn *Valley* Road, S.w. Atlanta, Georgia 30311 |
| William Houser, Jr. v. FCBTA | Fulton County Superior Court 2016-CV-271070 | Judge Gail Tusan | Pro Se William Houser, Jr. 1433 Blairwood Court Atlanta, GA. 30331 |
| Riley Ventures LLC v. FCBTA | Fulton County Superior Court 2015-CV-265237 | Judge T. Jackson Bedford | Brock Perry 7 Lumpkin Street Lawrenceville, |

| | | | Georgia 30045<br>(770) 513-3113 |
|---|---|---|---|
| Legacy Community Housing Corp. v. FCBTA | Fulton County Superior Court 2015-CV-260024 | Judge Tom Campbell | Chris Porterfield<br>412 Adamson Square<br>Carrollton, Georgia 30117<br>(770) 838-0100 |
| Fulton County v. City of Alpharetta et al | Fulton County Superior Court 2009-CV-17723 | Judge Linda Hunter | See Exhibit "B" |

# EXHIBIT "B"

| | |
|---|---|
| C. Sam Thomas, Esq.<br>Bovis, Kyle & Burch, LLC<br>200 Ashford Center North, Suite 500<br>Atlanta, GA 30338<br>cst@boviskyle.com | Kenneth E. Jarrard, Esq.<br>Jarrard & Davis, LLP<br>105 Pilgrim Village Dr., Suite 200<br>Cumming, GA 30040<br>kjarrard@jarrard-davis.com |
| Renee M. Shepherd, Esq.<br>City of Atlanta Law Department<br>68 Mitchell Street, SW<br>Atlanta, GA 30303<br>rmshepherd@atlantaga.gov | Dennis A. Davenport, Esq.<br>McNally Fox Grant & Davenport, PC<br>100 Habersham Drive<br>Fayetteville, GA 30214<br>dadaven@bellsouth.net |
| Brandon L. Bowen, Esq.<br>Jenkins & Bowen, PC<br>15 South Public Square<br>Cartersville, GA 30120<br>bbowen@ga-lawyers.com | David B. Davidson, Esq.<br>City of Roswell City Attorney<br>38 Hill Street, Suite 110<br>Roswell, GA 30075<br>ddavidson@roswellgov.com |
| Steven M. Fincher, Esq.<br>Fincher Denmark Williams & Minnifield, LLC<br>8024 Fairoaks Court<br>Jonesboro, GA 30236<br>sfincher@fdwmlaw.com | Richard P. Lindsey, Esq.<br>Lindsey Law Firm, PC<br>2002 Commerce Drive, Suite 300<br>Peachtree City, GA 30269<br>rick@llfpc.com |
| Wendell Willard, Esq.<br>City of Sandy Springs City Attorney<br>7840 Roswell Road<br>Bldg. 300, Suite 330<br>Sandy Springs, GA 30350<br>wkwillard@wendellwillard.com | W. Randy Turner, Esq.<br>Turner & Ross, LLC<br>2265 Roswell Road, Suite 100<br>Marietta, GA 30062<br>rturner@turnerross.com |
| Brad A. Bowman, Esq.<br>City of East Point City Attorney<br>2777 East Point Street<br>East Point, GA 30344<br>bbowman@eastpointcity.org | Richard A. Carothers<br>Michael E. Hobbs<br>Carothers & Mitchell, LLC<br>1809 Buford Highway<br>Buford, GA 30518<br>richard.carothers@carmitch.com |